**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JAMIEN THOMPSON                                                                          PLAINTIFF
ADC #187174

v.                                          3:25-cv-00251-JM-JJV

TODD, Captain, Chief of Security,
Craighead County Jail, *et al.*                                                   DEFENDANTS

## <u>ORDER</u>

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

Joe J. Volpe.   (Doc. 7.)   No objections have been filed, and the time to do so has passed.   After

careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his inadequate medical care claim against

Defendants Todd and Casey.  All other claims as well as Defendants Davis, Craighead County,

Gamble, Carson, Ballard, Josh "Doe," and Mac "Doe" are DISMISSED without prejudice.   It is

certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and

the accompanying Judgment would not be taken in good faith.

Dated this 26th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE