**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JAMIEN THOMPSON                                                                      PLAINTIFF
ADC #187174


v.                                              3:25-cv-00251-JM-JJV


TODD HARRELL, Jail Administrator,
Craighead County Jail, *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States

Magistrate Judge Joe J. Volpe.  (Doc. 25.)  No objections have been filed, and the time to do so

has passed.  After careful review, this Court adopts the Partial Recommended Disposition in its

entirety as its findings in all respects.

Therefore, Defendant Hall's Motion for Partial Summary Judgment (Doc. 17) is DENIED.

It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order

would not be taken in good faith.

Dated this 22nd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE