**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JAMIEN THOMPSON
ADC #187174 PLAINTIFF

v. 3:25-cv-00251-JM-JJV

TODD HARRELL, Jail Administrator,
Craighead County Jail, *et al.* DEFENDANTS

**ORDER**

The Court has reviewed the Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD, along with careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

1. Plaintiff's claims against Deputies Moffitt and Calderon are DISMISSED without prejudice, and they are DISMISSED as parties to this lawsuit.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 27th day of July, 2026.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE